lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAYMOND VELA RANGEL    *

VS                     *    C.A. NO. B98 181

GARY L. JOHNSON        *

O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 Motion for Writ of Habeas Corpus by a Person in States Custody on or before **March 4, 1999**.

DONE at Brownsville, Texas, this 4th day of January, 1999.

John Wm. Black
United States Magistrate Judge

