lmv

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk 

| | | |
|---|---|---|
| RAYMOND VELA RANGEL | * | |
| VS | * | C.A. NO. B98 181 |
| GARY L. JOHNSON | * | |

**ORDER SETTING HEARING ON ORDER
ENTERED ON JANUARY 5, 1999**

A hearing in the above-captioned and numbered cause of action is hereby set for Wednesday, April 21, 1999, at 1:30 p.m., on the Order entered January 5, 1999, to determine why the State of Texas has not complied with said Order.

DONE at Brownsville, Texas, this 31st day of March, 1999.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520
956/548-2570