IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAYMOND VELA RANGEL, | § | |
| Petitioner | § | |
| | § | |
| vs. | § | Civil Action No. B-98-181 |
| | § | |
| GARY L. JOHNSON, DIRECTOR | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent | § | |

## ORDER

Be it remembered that on this 19th day of APRIL, 1999, came on to be heard Respondent's Motion to Cancel Hearing and the Court after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion be, and it is hereby, GRANTED.

SIGNED on this the 19th day of APRIL, 1999.

_____
Judge Presiding