# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAYMOND VELA RANGEL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-181 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |

## ORDER

On April 28, 1999, the State of Texas filed a Motion to Dismiss this case. In its Motion the State averred that records from Petitioner's state habeas proceedings would be filed. That has not been done.

IT IS ORDERED that the State of Texas file the records of Petitioner's state habeas proceedings on or before August 24, 1999.

SIGNED at Brownsville, Texas, this 23rd day of July 1999.

John Wm. Black
United States Magistrate Judge